Amon 624
Poho

**PROB 22** (Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 16 2005
LONG ISLAND OFFICE

DOCKET NUMBER *(Tran. Court)*
03-N/Y-91Cr00088-001

DOCKET NUMBER *(Rec. Court)*
CR 05 0624

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Alfonso G. Miller<br>Queens Village, NY | Delaware | |
| | NAME OF SENTENCING JUDGE<br>Hon. Joseph J. Longobardi | |
| | DATES OF SUPERVISED RELEASE: FROM 10/06/2000 | TO 10/5/2005 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 7 2005
P.M. _____
TIME A.M. _____

AMON, M.
POHORELSKY, M.

**OFFENSE**

21:841 (a)(1) & (b)(1)(A) - Knowingly possess w/ intent to distribute more than 5 kilograms cocaine; Sched. II narc. cont. Substance

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF DELAWAE**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6/09/05
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **EASTERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/23/05
Effective Date

/S/ HON. CAROL B. AMON
United States District Judge